ERICK L. GUZMAN
Cal. Bar No. 244391
115 Fourth St.
Suite D
Santa Rosa, California, 95401
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FELIPE VELEZ, Defendant. | CASE NO. 21-CR-0079-RFL<br>STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING TO AUGUST 18, 2026 |

A detention hearing is scheduled in the above-captioned matter for August 12, 2026. However, additional time is needed for the defense to prepare for the hearing. The Government agrees to this re-scheduling of the hearing.

Accordingly, the parties have agreed to continue the hearing to August 18, 2026 at 11:00 A.M., or as soon thereafter as the matter may be heard.

DATED: August 11, 2026

/s/
NEHA NIGAM
Assistant United States Attorney

DATED: August 11, 2026

/s/
ERICK GUZMAN
Attorney for Felipe Velez

**~~[PROPOSED]~~ ORDER**

Based on the above stipulation of the parties and for good cause shown, the hearing currently set for August 12, 2026, is continued until August 18, 2026 at 11:00 AM

**IT IS SO ORDERED** this _11th___ day of August, 2026.

DATED: August 11, 2026______________

HON. THOMAS S. HIXSON
United States Magistrate Judge