ERICK L. GUZMAN
Cal. Bar No. 244391
115 Fourth St.
Suite D
Santa Rosa, California, 95401
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FELIPE VELEZ,<br>Defendants. | CASE NO. 21-CR-0079-RFL<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING DETENTION HEARING FROM AUGUST 26, 2026 TO SEPTEMBER 1, 2026 |

A detention hearing is scheduled in the above-captioned matter for August 26, 2026. However, the defense needs additional time to search for adequate housing for Mr. Velez. The parties are requesting that the detention hearing be rescheduled to September 1, 2026.

Accordingly, the parties have agreed to continue the hearing to September 1, 2026 at 11:00 A.M., or as soon thereafter as the matter may be heard.

DATED: August 25, 2026

/s/
NEHA NIGAM
Assistant United States Attorney

DATED: August 25, 2026

/s/
ERICK GUZMAN
Attorney for Felipe Velez

**~~[PROPOSED]~~ ORDER**

Based on the above stipulation of the parties and for good cause shown, the hearing currently set for August 26, 2026, is continued until ____________________September 1, 2026, at 11:00 a.m.

**IT IS SO ORDERED** this _____25th____ day of August, 2026.

DATED: August 25, 2026______________

HON. THOMAS S. HIXSON
United States Magistrate Judge